AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:09mg 45 SAA |
| JAMES C. CURRY | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES C. CURRY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indietment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mr. Curry threatened to assault and murder officials with the U.S. Social Security Administration with intent to impede, intimidate and interfere with such officials while engaged in the performance of their officail duties.

Date: August 5, 2009

_____
*Issuing officer's signature*

City and state: Oxford, Mississippi

Brandon Scott, S.A. Federal Protective Service
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*